FILED

2003 NOV 14  A 9: 05

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM<br>*Plaintiff,* | CIVIL NO.<br>3:03CV0973(DJS) |
| VS. | |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION<br>*Defendant* | November 14, 2003 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3 of the Local Rules of Civil Procedure, the defendant hereby moves for an order requiring the plaintiff, Lisa Tilum, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Stephen J. Courtney
Assistant Attorney General
Federal Bar No. ct11650
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax.: (860) 808-5383
E-mail: Stephen.Courtney@po.state.ct.us