UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM** : | |
|     **Plaintiff** | |
| | |
| **V.** : | CASE NO. 3:03cv973(DJS) |
| | |
| **STATE OF CONNECTICUT,** | |
| **DEPT. OF TRANSPORTATION** : | |
|     **Defendant** | |

**ORDER**

The Defendant's Motion for Security for Costs (Doc. #17) is **GRANTED.** The plaintiff shall file a security bond of $500 to comply with Local Rule 83.3. The plaintiff is liable for the $500 security which must be filed by **December 15, 2003** or this case shall be dismissed with prejudice**.**

    **IT IS SO ORDERED.**

    Dated at Hartford, Connecticut, this   18th    day of November, 2003.


                                                  /s/DJS_____
                                                  Dominic J. Squatrito
                                                  United States District Judge