FILED

2003 NOV 19 P 2: 28

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM<br>    Plaintiff | :   CIVIL ACTION NO: 3:03 CV973 (DJS) |
| VS. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION:<br>    Defendant | :   NOVEMBER 18, 2003 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

The parties in the above-entitled action hereby move to modify the scheduling order previously issued in this case for the purpose of extending the deadlines for disclosure of expert witnesses. In support of this motion, the undersigned states:

1) On June 23, 2003, Plaintiff filed a First Request for Disclosure and Production seeking, among other things, documents which establish salaries of male comparators in this case.

2) Although Defendant responded to this Request by making said records available for review on September 25, 2003, and although Plaintiff's counsel on that date identified documents to be copied in accordance with Defendant's instructions, she has yet to receive copies of the documents requested which contain salary information.

3) Said information must be reviewed by Plaintiff's expert in order to prepare an

LAW OFFICES
**BECK AND ELDERGILL, P.C.**

expert disclosure and report.

4) At present, parties are required to disclose trial experts and provide opposing counsel with reports from retained experts by December 2, 2003 (Plaintiffs) and by February 2, 2004 (Defendants). Extending these deadlines for a period of 30 days will not affect the readiness of this case for trial.

5) The undersigned represents she has spoken with Assistant Attorney General Steven Courtney, who represents the Defendant in this matter, who has indicated that he has no objection to this request.

6) This is the first motion requesting an extension of this deadline.

WHEREFORE, the parties request that their current scheduling order be altered to provide as follows:

1) Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts by January 2, 2004. Depositions of any such experts will be completed by February 2, 2004.

2) Defendant will designate all trial experts and provide opposing counsel with reports from retained experts by March 2, 2004. Depositions of such experts will be completed by April 2, 2004.

3) A damages analysis will be provide by any party who has a claim or counterclaim

for damages by April 2, 2004.

                                                 PLAINTIFF

                                                 By: _____
                                                       Kathleen Eldergill
                                                       Beck & Eldergill, P.C.
                                                        447 Center Street
                                                        Manchester, CT 06040
                                                         (860) 646-5606
                                                        Fed Bar No: ct00024

## **CERTIFICATION**

    I hereby certify that a copy of the foregoing has been mailed this 18th day of November, 2003, to the following parties:

Stephen J. Courtney
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

                                                         _____
                                                         Kathleen Eldergill

Tilum\ModSchOrd11-03.pld