FILED

2003 DEC 29 P 2:40

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM | : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|    Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION: | | |
|    Defendant | : | DECEMBER 26, 2003 |
| | : | |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Plaintiff in the above-entitled action hereby move to modify the scheduling order previously issued in this case for the purpose of extending the deadline for disclosure of Plaintiff's expert witness on damages. In support of this motion, the undersigned states:

1) On June 23, 2003, Plaintiff filed a First Request for Disclosure and Production seeking, among other things, documents necessary to make a caluclation of damages in this case. Although Defendant responded to this Request by making said records available for review on September 25, 2003, and although Plaintiff's counsel on that date identified documents to be copied in accordance with Defendant's instructions, she has only recently received documents relevant to the issue of damages.

3) Said information has now been reviewed and compiled by the undersigned, and

must be reviewed by Plaintiff's expert in order to prepare an expert disclosure and report.

4) At present, Plaintiff is required to disclose her expert on or before January 2, 2004. Plaintiff now seeks and additional 14 days to complete that disclosure, until January 16, 2004. Extending this deadline for a period of 14 days will not affect the other deadlines set in this case, nor the readiness of this case for trial.

5) The undersigned represents she has attempted to contact Assistant Attorney General Steven Courtney, who represents the Defendant in this matter, but has been unable to ascertain his position as to this request.

6) This is the second motion requesting an extension of this deadline.

WHEREFORE, the Plaintiff requests that the scheduling order be altered to provide as follows:

Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts by January 14, 2004.

PLAINTIFF

By: _____
Kathleen Eldergill
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fed Bar No: ct00024

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 26th day of December 2003, to the following parties:

Stephen J. Courtney
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

_____
Kathleen Eldergill

Tilum\MotExtExp.pld