FILED

2004 JAN 20  P 1: 11

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff : | |
| : | |
| VS. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|     Defendant : | JANUARY 16, 2004 |
| : | |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER *NUNC PRO TUNC*

The Plaintiff in the above-entitled action hereby moves to modify the scheduling order previously issued in this case for the purpose of extending the deadline for disclosure of Plaintiff's expert witness on damages from January 16 until January 20, 2004. In support of this motion, the undersigned states:

1) On June 23, 2003, Plaintiff filed a First Request for Disclosure and Production seeking, among other things, documents necessary to make a calculation of damages in this case. Although Defendant responded to this Request by making said records available for review on September 25, 2003, and although Plaintiff's counsel on that date identified documents to be copied in accordance with Defendant's instructions, she has only recently received documents relevant to the issue of damages.

2) Said information has now been reviewed and compiled by the undersigned, and has been reviewed by Plaintiff's expert in order to prepare an expert disclosure and report.

LAW OFFICES
BECK AND ELDERGILL, P.C.
447 CENTER STREET • MANCHESTER, CT 06040 • (860)646-5606 • JURIS NO. 02702

3) Plaintiff had previously requested an extension of to disclose her expert until January 16, 2004. Due to the unexpected absence of the undersigned during this past week, counsel has been unable to review data compiled by Plaintiff's expert for the purpose of finalizing her expert report.

4) The undersigned represents she has attempted to contact Assistant Attorney General Steven Courtney, who represents the Defendant in this matter, but has been unable to ascertain his position as to this request, as he is out of his office until January 20, 2004.

5) Based on the above, the Defendants will not be prejudiced by the granting of this request.

6) This is the third motion requesting an extension of this deadline.

WHEREFORE, the Plaintiff requests that the scheduling order be altered to provide as follows:

Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts by January 20, 2004.

                                                PLAINTIFF

                                                By: _____
                                                   Kathleen Eldergill
                                                   Beck & Eldergill, P.C.
                                                   447 Center Street
                                                   Manchester, CT 06040
                                                   (860) 646-5606
                                                   Fed Bar No: ct00024

## CERTIFICATION

    I hereby certify that a copy of the foregoing has been mailed this 16th day of January 2004, to the following parties:

Stephen J. Courtney
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

_____
Kathleen Eldergill

Titum\MotExtExp01-04.pld