UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>    **Plaintiff** | : |
| **v.** | : CIVIL NO.: 3:03cv973(DJS) |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>    **Defendant** | : |

## ORDER

_____Motion for Modification of Scheduling Order (Doc. #19) is hereby **DENIED as moot.**   Motion for Modification of Scheduling Order (Doc. #20) is hereby **DENIED as moot.**   Motion for Modification of Scheduling Order Nunc Pro Tunc (Doc. #21) is hereby **GRANTED in part.**   All discovery, including expert depositions and reports, shall be completed by **March 2, 2004.** Dispositive motions shall be filed by **April 2, 2004** and if no dispositive motions are filed, the parties shall file their joint trial memorandum by **May 3, 2004.** This case shall be trial ready, **June, 2004.**

   **IT IS SO ORDERED**.

   Dated at Hartford, Connecticut, this   23rd   day of January, 2004.


                                  /s/DJS_____
                                  Dominic J. Squatrito
                                  United States District Judge