## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM | : | CIVIL NO. |
| *Plaintiff,* | : | 3:03CV0973(DJS) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | : | |
| *Defendant* | : | February 18, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

COMES NOW the defendant State of Connecticut, Department of Transportation, and pursuant to Local Rule 7(b), hereby request permission to request an enlargement of time up to and including March 31, 2003, in which to file its responses to plaintiff's First Set of Requests for Admission. In support of this motion, the defendant represents as follows:

1.  Plaintiff filed her Requests for Admission on or about December 30, 2003.

2.  The undersigned forwarded the requests to a representative at the defendant Department of Transportation on or about December 31, 2003.

3.  Plaintiff's requests for admission include 53 paragraphs which deal with many complex issues and additional time and resources are required to research the matters in order to properly respond.

4.    The undersigned has accepted a position as Labor and Employment Attorney with Central Connecticut State University and his last day with the Office of the Attorney General's Employment Rights Department is Thursday, February 19, 2004.

5.    The above-captioned matter has yet to be reassigned within the Employment Rights Department and whichever counsel is assigned is going to require time in which to become familiar with the particulars in this case.

6.    Pursuant to Local Rule 7(b), the undersigned attempted to contact plaintiff's counsel, Kathleen Eldergill, Esq., by leaving an e-mail message. Upon information and belief, plaintiff's counsel is away from office and consequently the undersigned could not ascertain her position to this motion.

7.    This is the defendant's first request for additional time in which to file its responses.

WHEREFORE, the defendant respectfully requests permission to file its responses up to and including March 31, 2004 to plaintiff's First Set of Requests for Admission.

DEFENDANT,
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Stephen J. Courtney
Assistant Attorney General
Federal Bar No. ct11650
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5340
Fax.: (860) 808-5383
E-mail: Stephen.Courtney@po.state.ct.us


## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Enlargement of Time to File Responses to Plaintiff's Requests for Admission was sent by United States first class mail, postage prepaid, this   18th  day of February, 2004, to:

Kathleen Eldergill, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040
Tel.: (860) 646-5606


_____
Stephen J. Courtney
Assistant Attorney General