UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM | : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION: | | |
|     Defendant | : | FEBRUARY 23, 2004 |
| | : | |

## PLAINTIFF'S MOTION IN LIMINE

The Plaintiff, Lisa Tilum, hereby moves this Court to enter an order, in light of *Raymond v. United States*, 355 F.3d 107 (2d Cir. 2004), permitting her to introduce evidence post-trial, including testimony by Plaintiff's expert, Sheldon Wishnick, on the negative tax consequences of any award of attorney's fees to the Plaintiff, in the event Plaintiff is a prevailing party entitled to recover fees under state or federal law.

In support of this motion, Plaintiff states that such evidence should be presented to this Court for its consideration in order to fulfill the objectives of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., and the Connecticut Fair Employment Practices Act, Conn. Gen. Stat. §46a-60 *et seq*., which are intended to afford victims of discriminatory employment practices make-whole relief.

In further support of this motion, Plaintiff submits the Memorandum of Law filed herewith.

                    PLAINTIFF

By:
    Kathleen Eldergill
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct00024

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 23rd day of February, 2004, to the following parties:

Stephen J. Courtney
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

_____
Kathleen Eldergill

Tilum\MoLim02-04.pld