UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>    **Plaintiff** | : |
| **v.** | :    **CIVIL NO.: 3:03cv973(DJS)** |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>    **Defendant** | : |

<u>**ORDER**</u>

Plaintiff's Motion in Limine (Doc. #24) is hereby **DENIED without prejudice.**

Per the Court's order regarding pretrial procedure, this issue should be presented in a memorandum filed with the parties' joint trial memorandum.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  27th  day of February, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge