UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>    **Plaintiff** | : |
| v. | :   CIVIL NO.: 3:03cv973(DJS) |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>    **Defendant** | : |

## ORDER

Defendant's Motion for Extension of Time to File Responses to Plaintiff's Requests for Admission (Doc. #23) is hereby **GRANTED in part to and including March 15, 2004.**

Pursuant to a telephone conference that was held on March 1, 2004, the following scheduling order shall control the pretrial proceedings in this case until further notice from the Court. All discovery shall be completed by **April 30, 2004.** Dispositive motions shall be filed by **June 1, 2004** and if no dispositive motion is filed, the parties shall file their joint trial memorandum by **June 15, 2004.** This case shall be trial ready **July 2004.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  1st  day of February, 2004.

          /s/DJS
          Dominic J. Squatrito
          United States District Judge