UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar
Honorable Dominic J. Squatrito, U.S.D.J.
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

March 1, 2004

1:00 pm

CASE NO. **3-03-cv-973(DJS)**   **Lisa Tilum v State of CT, Dept. Of Transportation**

Stephen J. Courtney
Attorney General's Office
Employment Rights
55 Elm St., PO Box 120
Hartford, CT 06141-0120

Kathleen Eldergill
Beck & Eldergill
447 Center St.
Manchester, CT 06040

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK