UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM,<br>*Plaintiff* | : | CIVIL NO. 3:03CV0973(DJS) |
| | : | |
| COMMISSIONER, STATE OF<br>CONNECTICUT, DEPT. OF<br>TRANSPORTATION,<br>*Defendant* | :<br><br>: | <br><br>MARCH 4, 2004 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the Defendant in the above-captioned matter, in lieu of the appearance of Stephen J. Courtney, already on file.

Dated at Hartford, Connecticut this 4th day of March, 2004.

DEFENDANT
Commissioner, State of Connecticut,
Department of Transportation

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *[signature]*
Margaret Q. Chapple
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06114-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Federal Bar No. ct10835
Email: Margaret.Chapple@PO.STATE.CT.US

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 4th day of March, 2004, to the following:

Kathleen Eldergill, Esq.
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT  06040

                                            Margaret Q. Chapple
                                            Assistant Attorney General