UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 1* P 2: 03
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| LISA TILUM,<br>*Plaintiff* | : | CIVIL ACTION NO.<br>3:03CV0973(DJS) |
| v. | : | |
| COMMISSIONER, STATE OF<br>CONNECTICUT, DEPT. OF<br>TRANSPORTATION,<br>*Defendant* | : | March 4, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Stephen J. Courtney, Esquire, requests leave of the Court to withdraw his appearance on behalf of the Defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Margaret Q. Chapple has this same day filed an appearance on behalf of the Defendant; Stephen J. Courtney has left the Attorney General's Office and therefore will no longer have responsibility for this file.

DEFENDANT
COMMISSIONER, STATE OF
CONNECTICUT, DEPT. OF
TRANSPORTATION

By: /s/ Stephen J. Courtney
Stephen J. Courtney
Labor & Employment Attorney
Central Connecticut State University
1615 Stanley St., P.O. Box 4010
New Britain, CT 06050-4010
Tel: (860) 832-1693
Email: Courtneyste@mail.ccsu.edu
Federal Bar # ct 11650

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Motion to Withdraw Appearance** was mailed this 17th day of March, 2004 to all counsel of record via first class mail, postage prepaid, to:

> **Kathleen Eldergill, Esq.**
> **Beck & Eldergill, P.C.**
> **447 Center Street**
> **Manchester, CT 06040**

_____
Stephen J. Courtney, Esq.