## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>　**Plaintiff** | : |
| v. | :  CIVIL NO.: 3:03cv973(DJS) |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>　**Defendant** | : |

### ORDER

The Motion to Withdraw Appearance (Doc. #30) of Stephen J. Courtney is hereby **GRANTED.**

　**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __22nd__ day of March, 2004.

　　　　　　　　　　　　　　　　　　　　　　／s／DJS
　　　　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　　　　United States District Judge