UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff : | |
| : | |
| VS. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|     Defendant : | JUNE 9, 2004 |
| : | |

**MOTION FOR ORDER COMPELLING DISCOVERY**

    Pursuant to Rule 37 of the Federal Rules of Civil Procedure and of the Local Rules, the Plaintiff hereby moves this Court to enter an order compelling the Defendant Department of Transportation to respond to Plaintiff's previously filed discovery motions. In support of this motion, the Plaintiff submits the attached Memorandum of Law and Exhibits attached thereto.

PLAINTIFF

By:
    Kathleen Eldergill
    Beck & Eldergill, P.C.
    447 Center Street
    Manchester, CT 06040
    (860) 646-5606
    Fed Bar No: ct00024

**CERTIFICATION**

   I hereby certify that a copy of the foregoing has been mailed this 9th day of June, 2004, to the following parties:

Margaret Q. Chapple  
Assistant Attorney General  
Attorney General's Office  
55 Elm Street  
P.O. Box 120  
Hartford, CT   06141-0120

                      _____  
                      Kathleen Eldergill

Tilum\MoCompel06-04.pld