UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM | : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION: | | |
|     Defendant | : | JUNE 9, 2004 |
| | : | |

### AFFIDAVIT OF KATHLEEN ELDERGILL

STATE OF CONNECTICUT )
                              ) ss.   Manchester
COUNTY OF HARTFORD   )

    I, Kathleen Eldergill, being duly sworn, hereby depose and say:

    1.  I am over the age of 18 and believe in the obligations of an oath.

    2.  I represent the Plaintiff Lisa Tilum.

    3.  Requests for disclosure and production have been served upon the Defendants. Defendants have not fully complied with Plaintiff's requests, as more fully set forth in the Plaintiff's memorandum in support of motion to compel discovery.

    4.  I have tried to resolve this matter by sending counsel for the Defendant letters dated January 20, 2004, March 2, 2004 and April 14, 2004, copy of which are attached to Plaintiff's memorandum in support of motion to compel discovery.

    5.  Despite these bona fide attempts to resolve discovery issues, we have been

unable to do so.

6. The foregoing is true and accurate to the best of my knowledge and belief.


                    Kathleen Eldergill

Subscribed and sworn to before me this 9th day of June, 2004.


                    Joan M. Johnson
                    Notary Public
                    My Commission Expires: 7/31/06

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 9th day of June, 2004, to the following parties:

Margaret Q. Chapple
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120


                    _____
                    Kathleen Eldergill


Tilum\KEAff06-04.pld