Exhibit 1 continued

Interrogatory 7

| NAME | TITLE | DATE |
|---|---|---|
| Almeida, Ricardo | Tr. Supervising Planner | 02/09/01 |
| Cox, Raymond | Tr. Public Transit Admin. | 12/29/00 |
| "       " | Tr. Principal Eng. | 04/28/95 |
| Dinallo, Lynn | Tr. Supervising Planner | 01/07/97 |
| Donnaruma, Michael | Tr. Supervising Rail Officer | 04/07/00 |
| Foster, Jon | Tr. Supervising Rail Officer | 03/10/00 |
| Fox, James | Tr. Principal Eng. | 01/23/02 |
| "       " | Tr. Supervising Rail Officer | 04/26/96 |
| Gamberdella, Kenneth | Supervising Adjudicator | 01/03/97 |
| Godcher, Raymond | Tr. Transit Manager | 11/30/01 |
| Hayes, Mark | Supervising Acct. | 04/26/96 |
| Kent, Maureen | Tr. Supervising Planner | 04/08/02 |
| King, Dennis | Manager of Community Advocacy | 11/01/02 |
| Mancini, Alan | Tr. Supervising Rail Officer | 02/16/96 |
| Mather, Jayantha | Tr. Principal Eng. | 06/29/01 |
| Neri, Mark | Tr. Public Transit Asst Admin | 03/13/98 |
| Pettinicchi, Robert | Tr. Principal Eng. | 12/29/00 |
| Pucci, A1:fi:ed | Tr. Supervising Rail Officer | 04/26/96 |
| Rosa, Carl | Tr. Dir. Concession Operations | 01/11/02 |
| "       " | Tr. Supervising Rail Officer | 04/28/95 |
| Seaman, Robert | Tr. Supervising Rail Officer | 12/22/98 |
| Sullivan, Timothy | Tr. Supervising Rail Officer | 04/28/95 |
| Reidy, John | Tr. Pub. Transit Asst. Admin | 07/01/95 |
| '       " | Tr. Asst. Dir. Rail Ops | 02/21/95 |
| Etub Roland | Assoc. Fiscal Admin Officer | 09/13/96 |

# CourseIUnit Report

| NAME | | EMP# | UNIT CREW COURSE # | CLASS | DATE | COURSE LENGTH (HRS) | DATE OF HIRE |
|---|---|---|---|---|---|---|---|
| **LEADERSHIP PROGRAM-CONNDOT** | | | | | | | |
| ALMEIDA | JUDITH | 524841 | 7072 000 | P28 | 5/1/99 | 130 | 12125/92' |
| BENEVELU | THOMAS | 431057 | 7072 000 | P28 | 5/1/99 | 130 | 5/17/85 |
| CAMPBELL | DUANE | 208928 | 7072 000 | P28 | 5/1/98 | 130 | 7/10/72 |
| GAMBARDEL,LA | KENNETH | 255223 | 7072 000 | P28 | 5/1/97 | 130 | 8/30/85 |
| HAYES | MARK | 441405 | 7072 000 | P28 | 5/18/01 | 132 | 6/3188 |
| **LEADERSHIP PROGRAM-CONNDOT** | | | | | | | |
| KENT | MAUREEN | 467896 | 7073 000 | P28 | 5/1/99 | 130 | 11128/88 |
| SANDERS | JAMES | '117449 | 7073 000 | P28 | 5/1/97 | 130 | 4/19/67 |
| **LEADERSHIP PROGRAM-CONNDOT** | | | | | | | |
| NERI | MARK | 317932 | 7074 000 | P28 | 5/1/98 | 130 | 6/4/79 |
| TILUM | USA | 468075 | 7074 000 | P28 | 5/1/98 | 130 | 3/27/89 |

**CERTIFICATION**

This is to certify that Defendant's Responses To Plaintiffs First Request For Disclosure and Production was mailed this 22nd day of August, 2003 to the following parties:

Kathleen Eldergill Beck
& Eldergill
447 Center Street
Manchester, CT 06040

Stephen J. Courtney,
Assistant Attorney General

25