Exhibit 2 continued

**BY WAY OF PRODUCTION:**

**GENERAL RESPONSE** As set forth in Fed.R.Civ.P. 34, the defendant will make available for inspection and copying in a reasonable time, place, and manner those documents requested below. Furthermore, although the defendant objects to any requests for production of documents that seeks information barred by the

4

        statute of limitations, except where specifically objected to below, the defendant will provide such documents that are available and within its possession or control without waiving this objection.

1. Produce copies of any documents supporting the factual basis of your first affirmative defense.

2. Produce copies of any documents supporting the factual basis of your second affirmative defense.

3. Produce copies of any documents supporting the factual basis of your third affirmative defense.

4. Produce copies of any documents supporting the factual basis of your fourth affirmative defense.

5. Produce copies of any documents supporting the factual basis of your fifth affirmative defense.

6. Produce copies of any documents supporting the factual basis of your sixth affirmative defense.

7. Produce copies of any documents supporting the factual basis of your seventh affirmative defense.

State of Connecticut)
               ) ss.
COUNTY OF     )

    The Undersigned, Margo S. Kilbon, an authorized agent the State of Connecticut Department of Transportation, being duly sworn, deposes and says:

    That I have read the preceding Request for Disclosure and Production, and state that said responses are true and accurate to the best of my ability, knowledge and study.

                                              State of Connecticut
                                              Department of Transportation

                                              *[signature]*

                                              Its Authorized Agent

Subscribed and sworn to before me on this 1-/ day of August, 2003.

                                              *[signature]*
                                              Commissioner of the Superior Court

**CERTIFICATION**

      This is to certify that a copy of the defendant's responses to plaintiffs second request for disclosure and production has been mailed this 22nd day of August, 2003, to the following parties:

      Kathleen Eldergill Beck & Eldergill, P.C. 447 Center Street Manchester, CT 06040

_____
Stephen J. Courtney
Assistant Attorney General