# Beck (0 Elder8ilL P.C.

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040 PHONE (860) 646-5606

COVENTRY (860) 742-0882
HARTFORD (860) 522-5606
FAX (860) 646-0054

**Attorneys At Law**

BRUCE S. BECK
KATHLEEN ELDERGILL
MARC P. MERCIER
FATIMA T. LOBO
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS
MARIA MONICK-BARALL

March 2, 2004

ADVANCED VIA FACSIMILE ONLY: 808-5385

Margaret Q. Chapple
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

RE:  Lisa Tilum v. State of CT., Department of Transportation et al
     Docket No. 3:03 CV973 (DJS)

Dear Peggy:

Enclosed is a copy of a letter I sent to Steve Courtney on January 20, 2004 outlining a meeting we held to resolve all discovery issues on January 13, 2004. The italicized comments represent our resolution of outstanding issues. As you can see, Steve Markwald had indicated that he would attempt to locate certain documents responsive to this request. To date I have not received these.

In addition, at DOT's suggestion, I subpoenaed documents from the Department of Information Technology. I have since spoken to Tony Lazzaro of that office (418-6467) who has indicated that the documents I sought from that department are not, in fact, in its possession. He has promised to provide me with written documentation of this, which I will send to you once I have received it. As an aside, sometime after our meeting, I was informed that Cordula had been mistaken about the documents in question, and that they were, in fact, within DOT's custody and control.

Finally, Steve agreed to identify which documents produced in response to our second request for disclosure and production were responsive to our different requests.

Sincerely,

Kathleen Eldergill

KE:jmj
cc: Lisa Tilum
Tilum\Cha030204.1tr

Exhibit 4