# Beck & Eldergill, PC

447 CENTER STREET, MANCHESTER, CONNECTICUT 06040 PHONE (860) 646-5606
COVENTRY (860) 742-0882
HARTFORD (860) 522-5606
FAX (860) 646-0054

Attorneys At Law

BRUCE S. BECK
KATHLEEN ELDERGILL
MARC P. MERCIER
FATIMA T. LOBO
DAVID R. KRITZMAN
MATTHEW R. POTTER
DEREK V. OATIS
MARIA MONICK-BARALL

April 14, 2004

ADVANCED VIA FACSIMILE ONLY: 808-5385

Margaret a. Chapple
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

RE:   Lisa Tilum v. State of CT., Department of Transportation et al
      Docket No. 3:03 CV973 (DJS)

Dear Peggy:

I have yet to hear from you concerning many of the discovery issues set out in my letter of March 2, 2004. As indicated in that letter, I had been cooperating with Attorney Courtney in an effort to bring discovery in this matter to a close. Should I be pursuing motions to compel discovery at this time?

Please let me know as soon as possible, as our joint trial memorandum in this case is currently due June 15, 2004.

Sincerely,

*[signature]*

{/Kathleen Eldergill
KE:jmj
cc: Lisa Tilum
Tilum\Cha041404.ltr

Exhibit 6