UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv973(DJS) |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>    **Defendant** | : |

### ORDER

      The Motion for Order Compelling Discovery (Doc. #32) is hereby **GRANTED.** Although discovery in this matter has closed, the Court will re-open discovery for the limited purpose of requiring defendant to serve responses or supplemental responses as agreed to plaintiff's outstanding discovery requests on or before **July 2, 2004.** A joint trial memorandum shall be filed on or before **July 23, 2004**. This case shall be trial ready **August 2004.**

      **IT IS SO ORDERED**.

      Dated at Hartford, Connecticut, this  15th  day of June, 2004.

      /s/DJS
      Dominic J. Squatrito
      United States District Judge