UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff : | |
| : | |
| VS. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|     Defendant : | |
| : | JUNE 10, 2004 |

**PLAINTIFF'S PROPOSED JURY INTERROGATORIES AND VERDICT FORM**

We the jury find as to:

**COUNTS I AND II:**  **Title VII and Connecticut Fair Employment Practices Act**

    1. Has the plaintiff proven her claims of sex discrimination or retaliation as I have defined those claims?

        Yes_____    No

If your answer to No. 1 is "No", go on to **COUNT III.**.
If your answer to No. 1 is "Yes", go on to No. 2.

    2. What sum do you find will fairly and reasonably compensate the plaintiff?

        $

    3. Has the Defendant acted intentionally in this regard?

        Yes_____    No

**COUNT III:    Equal Pay Act**

1. Has plaintiff proven her Equal Pay Act claim as I have defined that claim?

    Yes_____    No

If your answer to No. 1 is "No", your deliberations are concluded.
If your answer to No. 1 is "Yes", go on to No. 2.

Willfulness

2. Do you find that the defendant knew or showed reckless disregard for wether its conduct was prohibited by law?

    Yes_____    No

If your answer to No. 2 is "No", answer only No. 3 below.

If your answer to No. 2 is "Yes", answer only No. 4, and not No. 3 below.

Damages

3. What sum do you find will fairly and reasonably compensate plaintiff?

    For the period from May 21, 2002, or from the date
    on which you find the violation began (whichever is
    later) through the present?

    $

4. What sum do you find will fairly and reasonably compensate plaintiff?

    For the period from May 21, 2001, or from the date
    on which you find the violation began (whichever is

later) through the present?

$

III.    **TOTAL RECOVERY**

Keeping in mind that Plaintiff cannot recover twice for the same injury, what is your total award for the Plaintiff?

$

Dated at Hartford, Connecticut,
this _____ day of _____, 2004.

                                                                Foreperson

PLAINTIFF

By:
   Kathleen Eldergill
   Federal Bar No.ct00024
   Beck & Eldergill, P.C.
   447 Center Street
   Manchester, CT   06040
   Tel: (860) 646-5606

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing was mail to the following this 11th day of June, 2004:

Margaret Q. Chapple
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

                          Kathleen Eldergill

Tilum\JuryInter.pld