## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM, | : | CIVIL ACTION NO. |
| *Plaintiff,* | : | 3:03cv973 (DJS) |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| *Defendant.* | : | June 23, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for defendant, State of Connecticut, Department of Transportation, in the above-referenced matter.

**Dated at Hartford, Connecticut this 23rd day of June, 2004.**

                                                DEFENDANT
                                                State of Connecticut
                                                Department of Transportation

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

By: _____
      Mark P. Kindall
      Assistant Attorney General
      55 Elm Street
      P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Federal Bar No. ct13797
      Email:  Mark.Kindall@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Appearance** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 23rd day of June, 2004, to the following:

**Kathleen Eldergill, Esq.**
**Beck & Eldergill, P.C.**
**447 Center Street**
**Manchester, CT 06040**
**Tel.: (860) 646-5606**
**Fax: (860) 646-0054**

                                                                                    _____
                                                                                    Mark P. Kindall
                                                                                    Assistant Attorney General