UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM, | : | CIVIL ACTION NO. |
|    *Plaintiff,* | : | 3:03CV0973(DJS) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
|    *Defendant.* | : | JULY 16, 2004 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The Defendant Department of Transportation respectfully requests a modification in the existing scheduling order, which requires the parties to submit a Joint Trial Memorandum on July 23, and for the case to be trail-ready on August 2, 2004. Defendant requests that these dates be modified to August 13, 2004, and September 1, 2004, respectively. In support of this motion, Defendant represents as follows:

    1.    Counsel for the plaintiff has no objection to this proposed modification.

    2.    Due to the volume of documents involved, and the different places within the Department that they were stored, defendant took longer to respond to discovery than anticipated. This has somewhat set back efforts to timely complete the Joint Trial Memorandum.

    3.    Even if the trial memorandum could be prepared by July 23, both trial counsel have vacations scheduled for August which would be difficult to move, and it is not easy getting witnesses during that month either.

WHEREFORE, the defendant respectfully requests that the Scheduling Order be modified to permit the parties to file their Joint Trial Memorandum by August 13, 2004, and to have the case ready for trial on September 1, 2004.

        DEFENDANT
        STATE OF CONNECTICUT
        DEPARTMENT OF TRANSPORTATION

BY:    RICHARD BLUMENTHAL
        ATTORNEY GENERAL

_____

Mark P. Kindall
Assistant Attorney General
Federal Bar No. 13797
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5250
Fax: (860) 808-5386

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2004, first class postage prepaid to:

Kathleen Eldergill, Esq.
BECK & ELDERGILL, P.C.
447 Center Street
Manchester, CT 06040

_____
Mark P. Kindall
Assistant Attorney General