# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|    Plaintiff : | |
| VS. : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|    Defendant : | AUGUST 12, 2004 |

## MOTION FOR EXTENSION OF TIME FOR PRETRIAL DEADLINES

Pursuant to discussion held at a settlement conference on August 5, 2004 and thereafter, and at the recommendation of PJO Walter Schatz, the parties in the above-captioned matter hereby jointly request an extension of time on existing deadlines in this case as follows:

1. The time period for filing a joint trial memorandum be extended from August 13 until August 31, 2004.

2. This case be deemed trial ready as of September 15, 2004.

3. The undersigned represents that all parties are in agreement with this motion.

1

4. The Defendant has sought and received previous extensions of time in connection with these deadlines.

PLAINTIFF

By: _____
Kathleen Eldergill
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fed Bar No: ct00024

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed this 12th day of August, 2004, to the following parties:

Margaret Q. Chapple
Mark P. Kindall
Maria C. Rodriguez
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

_____
Kathleen Eldergill

Tilum\ReqExt08-04.pld

2