FILED

2004 AUG 18 A 11: 09

US DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|    Plaintiff : | |
| : | |
| VS. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|    Defendant : | AUGUST 17, 2004 |
| : | |

### MOTION FOR EXTENSION OF TIME FOR PRETRIAL DEADLINES

Plaintiff in the above matter requests that the court extend the time period for filing the Joint Trial Memorandum in this case from August 27, 2004 until August 31, 2004. In support of this motion, Plaintiff states:

1. To date, Defendant has not completed its portion of the Joint Trial Memorandum. On information and belief, this work will not be completed until some time during the week of August 23-27, 2004.

2. The undersigned will be out of town from August 22-29, 2004, and will be unable to respond to submissions by Defendant until after that time.

3. Permitting this extension will allow the case to be tried in September and will therefore not delay the trial of this case.

4. Plaintiff has made one prior extension of time concerning this deadline and the

Defendant has sought and received previous extensions of time in connection with these deadlines.

5. The undersigned represents that all parties are in agreement with this motion.

PLAINTIFF

By: _____
Kathleen Eldergill
Beck & Eldergill, P.C.
447 Center Street
Manchester, CT 06040
(860) 646-5606
Fed Bar No: ct00024

**CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed this 17th day of August, 2004, to the following parties:

Margaret Q. Chapple
Mark P. Kindall
Maria C. Rodriguez
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

_____
Kathleen Eldergill

Tilum\Ext208-04.pld

2