UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA TILUM<br>    **Plaintiff** | : |
| v. | : CIVIL NO.: 3:03cv973(DJS) |
| STATE OF CONNECTICUT,<br>DEPART. OF TRANSPORTATION<br>    **Defendant** | : |

## ORDER OF DISMISSAL

The case having been reported settled, the Court hereby orders, pursuant to Federal Rule of Civil Procedure 41(a)(2), that it be **dismissed without prejudice** to the plaintiff moving to reopen the case on or before **October 1, 2004**. If the plaintiff does not move to reopen the case on or before **October 1, 2004**, the dismissal of this action shall be **with prejudice**. This dismissal is without costs to either party. The Clerk is hereby directed to **close this case**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this  31st  day of August, 2004.

    /s/DJS
Dominic J. Squatrito
United States District Judge