# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA TILUM, | : | 3:03 CV 973 (DJS) |
| *Plaintiff,* | : | |
| | : | |
| *v.* | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| *Defendant.* | : | September 3, 2004 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## FOLLOWING SETTLEMENT AGREEMENT

Plaintiff Lisa Tilum and Defendant State of Connecticut, Department of Transportation, by their attorneys, hereby stipulate that this matter may be dismissed, with prejudice and without costs to either party.  The parties further request that the provisions of the attached Settlement Agreement be incorporated as part of this Stipulation consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994).

| PLAINTIFF | DEFENDANT   STATE OF |
|---|---|
| LISA TILUM | CONNECTICUT  DEPT.OF |
| | TRANSPORTATION |
| | BY:    RICHARD BLUMENTHAL |
| | ATTORNEY GENERAL |
| _____ | |
| Kathleen Eldergill, Esq. | |
| Federal Bar No. ct00024 | _____ |
| BECK & ELDERGILL, P.C. | |
| 447 Center Street | Assistant Attorney General |
| Manchester, CT 06040 | Federal Bar No. ct |
| | 55 Elm Street, P.O. Box 120 |
| | Hartford, CT 06141-0120 |