## CERTIFICATION

I hereby certify that a true and accurate copy of the foregoing Stipulation for Dismissal With Prejudice Following Settlement Agreement, and the attached Settlement Agreement and General Release, were served by first-class mail, postage prepaid, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, this 8th day of September, 2004, to all counsel and/or *pro se* parties of record, as follows:

Kathleen Eldergill, Esq.
BECK & ELDERGILL, P.C.
447 Center Street
Manchester, CT 06040

_____
Mark P. Kindall
Assistant Attorney General