UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LISA TILUM**<br>    **Plaintiff** | **:** |
| **v.** | **: CIVIL NO.: 3:03cv973(DJS)** |
| **STATE OF CONNECTICUT,**<br>**DEPART. OF TRANSPORTATION**<br>    **Defendant** | **:** |

**ORDER**

The parties Stipulation for Dismissal with Prejudice (Doc. #46) is **SO ORDERED.**

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this   9th   day of September, 2004.


        /s/DJS
        Dominic J. Squatrito
        United States District Judge