**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| LISA TILUM : | CIVIL ACTION NO: 3:03 CV973 (DJS) |
|     Plaintiff : | |
| : | |
| VS. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION: | |
|     Defendant : | OCTOBER 15, 2004 |

**MOTION FOR RELEASE OF DEPOSIT OF FUNDS**

Pursuant to Rule 67(c) of the Local Rules, the undersigned states:

1) The Plaintiff in this action, Lisa Tilum, deposited a check in the amount of $500.00 in response to a motion for security of costs filed by the Defendants pursuant to Local Rule 83.3.

2) This matter has now been resolved by means of a Stipulation of Dismissal and settlement agreement.

3) Pursuant to Rule 67(c) of the Local Rules, the undersigned hereby moves this Court to enter an order releasing said funds to the Plaintiff, Lisa Tilum, in accordance with the attached order.

4) The undersigned represents that defense counsel has no objection to the granting of this motion.

                    PLAINTIFF

                    By:
                        Kathleen Eldergill
                        Beck & Eldergill, P.C.
                        447 Center Street
                        Manchester, CT 06040
                        (860) 646-5606
                        Fed Bar No: ct00024

## **ORDER**

1) It is hereby ordered that the sum of $500.00 be released to:

    Lisa Tilum
    1904 Asylum Ave.
    West Hartford, CT

The undersigned will provide Ms. Tilum's social security number, if necessary, in order to effectuate this distribution of funds.

2) The funds deposited were $500.00

It is so ordered:    GRANTED  /  DENIED

                                      Judge / Clerk

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing has been mailed this 15th day of October 2004, to the following parties:

Mark P. Kindall
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT   06141-0120

                                                    _____
                                                  Kathleen Eldergill

Tilum\MoRelCosts10-04.pld